1949; released for publication February 4, 1949. Francis L. Williams and A. C. Lewis, for appellants; Dale, Lytton, Haffner & Grow, for appellee; Arthur S. Lytton, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

## John J. McDonald, Minor, by Roy A. McDonald, Father and Next Friend, Appellant, v. Chicago Stadium Corporation et al., Appellees.

### Gen. No. 44,522.

opinion filed January 24, 1949; rehearing denied February 4, 1949; released for publication February 4, 1949. Peter S. Sarelas, for appellant; R. D. Thompson and Richard E. Keogh, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

## Althea I. Cunningham, Appellant, v. City of Chicago, Appellee.

### Gen. No. 44,566.